1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   MARCUS DION BURRELL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00511-MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| MARCUS DION BURRELL, | ) | |
| Defendant, | ) | |

It is hereby stipulated and agreed to between Marcus Dion Burrell and Michael Anthony Young, by and through counsel respective counsel Dwight M. Samuel and Mike Bigelow, and United States of America, by and through, Assistant United States Attorney, that the status conference presently set for Thursday, April 16, 2008 at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, May 22, 2008, at 9:00 a.m.

///
///
///
///
///

It is further stipulated that the period from April 16, 2008, through and including May 22, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: April 16, 2008

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant, Marcus Burrell

Dated: April 16, 2008

/s/ Michael Bigelow
MICHAEL BIGELOW
Attorney for Defendant, Michael Young

Dated: April 16, 2008

/s/Carolyn Delaney
CAROLYN DELANEY
Assistant United States Attorney

IT IS SO ORDERED.

Dated: May 9, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE