1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   MARCUS DION BURRELL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00511 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| MARCUS DION BURRELL, ) | |
| Defendant, ) | |
| _____ ) | |

It is hereby stipulated and agreed to between Marcus Dion Burrell and Michael Anthony Young, by and through counsel respective counsel Dwight M. Samuel and Mike Bigelow, and United States of America, by and through, Assistant United States Attorney, that the status conference presently set for Thursday, July 3, 2008 at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, August 7, 2008, at 9:00 a.m.

It is further stipulated that the period from July 3, 2008, through and including August 7, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

1  Respectfully submitted,
2
3  Dated: July 1, 2008
4                                              /s/ Dwight M. Samuel
                                               DWIGHT M. SAMUEL
5                                              Attorney for Defendant, Marcus Burrell

6  Dated: July 1, 2008
7                                              /s/ Michael Bigelow[1]
                                               MICHAEL BIGELOW
8                                              Attorney for Defendant, Michael Young
   Dated: July 1, 2008
9
10
11                                             /s/ Carolyn Delaney[2]
                                               CAROLYN DELANEY
12                                             Assistant United States Attorney
13
14 IT IS SO ORDERED.
15
    Dated:  July 22, 2008
16
17                                             _____
                                               MORRISON C. ENGLAND, JR.
18                                             UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26 _____
27     [1] Signed per telephonic authorization.
28     [2] Signed per telephonic authorization.