1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   MARCUS DION BURRELL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00511-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| MARCUS DION BURRELL, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between Marcus Dion Burrell and Michael Anthony Young, by and through counsel respective counsel Dwight M. Samuel and Mike Bigelow, and United States of America, by and through, Assistant United States Attorney, that the status conference presently set for Thursday, August 7, 2008 at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, September 11, 2008, at 9:00 a.m.

It is further stipulated that the period from August 7, 2008, through and including September 11, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: August 6, 2008

        /s/ Dwight M. Samuel
        DWIGHT M. SAMUEL
        Attorney for Defendant, Marcus Burrell

Dated: August 6, 2008

        /s/ Michael Bigelow[1]
        MICHAEL BIGELOW
        Attorney for Defendant, Michael Young

Dated: August 6, 2008

        /s/ Mike Beckwith[2]
        MIKE BECKWITH
        Assistant United States Attorney

IT IS SO ORDERED.

Dated:  August 8, 2008

        MORRISON C. ENGLAND, JR.
        UNITED STATES DISTRICT JUDGE

---

[1] Signed per telephonic authorization.

[2] Signed per telephonic authorization.