1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   MARCUS DION BURRELL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-511 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| ) | |
| v. ) | |
| ) | |
| MARCUS DION BURRELL, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

It is hereby stipulated and agreed to between Marcus Dion Burrell and Michael Anthony Young, by and through counsel respective counsel Dwight M. Samuel and Mike Bigelow, and United States of America, by and through, Assistant United States Attorney, that the status conference presently set for Thursday, September 11, 2008 at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, October 9, 2008, at 9:00 a.m.

It is further stipulated that the period from September 11, 2008, through and including October 9, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: September 9, 2008

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant, Marcus Burrell

Dated: September 9, 2008

/s/ Michael Bigelow[1]
MICHAEL BIGELOW
Attorney for Defendant, Michael Young

Dated: September 9, 2008

/s/ Mike Beckwith[2]
MIKE BECKWITH
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  September 10, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Signed per telephonic authorization.

[2] Signed per telephonic authorization.