```
 1  DWIGHT M. SAMUEL (CA SB# 054486)
    A Professional Corporation
 2  117 J Street, Suite 202
    Sacramento, California 95814-2282
 3  916-447-1193

 4  Attorney for Defendant
    MARCUS DION BURRELL
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-511 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| MARCUS DION BURRELL, ) | |
| Defendant, ) | |
| _____ ) | |

It is hereby stipulated and agreed to between Marcus Dion Burrell and Michael Anthony Young, by and through counsel respective counsel Dwight M. Samuel and Mike Bigelow, and United States of America, by and through, Mike Beckwith, that the status conference presently set for Thursday, October 9, 2008 at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, November 20, 2008, at 9:00 a.m.

Defense requests that this case be continued for further defense investigation..

It is further stipulated that the period from October 9, 2008, through and including November 20, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: October 7, 2008

                    /s/ Dwight M. Samuel
                    DWIGHT M. SAMUEL
                    Attorney for Defendant, Marcus Burrell

Dated: October 7, 2008

                    /s/ Michael Bigelow[1]
                    MICHAEL BIGELOW
                    Attorney for Defendant, Michael Young

Dated: October 7, 2008

                    /s/ Mike Beckwith[2]
                    MIKE BECKWITH
                    Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  October 9, 2008

                    MORRISON C. ENGLAND, JR.
                    UNITED STATES DISTRICT JUDGE

---

[1] Signed per telephonic authorization.

[2] Signed per telephonic authorization.