DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
MARCUS DION BURRELL

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>v. )<br>)<br>MARCUS DION BURRELL, )<br>)<br>            Defendant, )<br>_____ ) | Case No. 2:07-cr-00511-MCE<br><br>STIPULATION AND<br>ORDER  CONTINUING<br>STATUS CONFERENCE |

    It is hereby stipulated and agreed to between Marcus Dion Burrell and Michael Anthony Young, by and through counsel respective counsel Dwight M. Samuel and Mike Bigelow, and United States of America, by and through, Mike Beckwith, that the status conference presently set for Thursday, November 20, 2008 at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, December 18, 2008, at 9:00 a.m.

    Defense requests that this case be continued for further review of discovery provided to AUSA.

    It is further stipulated that the period from November 20, 2008, through and including December 18, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for

continuity and preparation of counsel.

Respectfully submitted,

Dated: November 18, 2008

        /s/ Dwight M. Samuel
        DWIGHT M. SAMUEL
        Attorney for Defendant, Marcus Burrell

Dated: November 18, 2008

        /s/ Michael Bigelow[1]
        MICHAEL BIGELOW
        Attorney for Defendant, Michael Young

Dated: November 18, 2008

        /s/ Mike Beckwith[2]
        MIKE BECKWITH
        Assistant United States Attorney

IT IS SO ORDERED.

Dated:  November 19, 2008

        _____
        MORRISON C. ENGLAND, JR.
        UNITED STATES DISTRICT JUDGE

---

[1] Signed per telephonic authorization.

[2] Signed per telephonic authorization.